**United States District Court**
For the Northern District of California

1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                          NORTHERN DISTRICT OF CALIFORNIA

8

9

10

11

12  KIMBERLY S. CROMWELL,

          Plaintiff,                              No. C 11-2693 PJH
13

14      v.                                        **ORDER**

15  DEUTSHE BANK NATIONAL TRUST
    COMPANY, et al.,
16
          Defendants.
17  _____/

18        Plaintiff Kimberly S. Cromwell filed this action on June 3, 2011.  Defendant Deutsche

19  Bank National Trust Company filed a motion to dismiss on July 5, 2011, arguing that

20  plaintiff's claims were barred by res judicata.  Plaintiff filed an opposition on July 25, 2011,

21  arguing that res judicata does not apply in this case.  Defendant filed a reply to the

22  opposition on August 1, 2011, stating that the prior argument regarding res judicata had

23  been made in error, and that the real argument should have been that the court should stay

24  its proceedings in deference to pending state court proceedings, pursuant to Colorado

25  River Conservation Dist. v. United States, 424 U.S. 800 (1976).

26        As defendant's abstention argument is a new argument made for the first time in the

27  reply brief, plaintiff must be given an opportunity to respond.  Accordingly, plaintiff may file

28  a response to defendant's new argument, no later than August 17, 2011.

1   The August 24, 2011 hearing date is VACATED.  The court will review the papers

2  and will reset the hearing if necessary.  Otherwise, the court will decide the motion on the

3  papers.

4

5  **IT IS SO ORDERED.**

6  Dated: August 2, 2011

7  _____
   PHYLLIS J. HAMILTON
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California